[S. F. No. 3413. In Bank.—December 10, 1902.]

## F. N. BEILBY, Petitioner, v. SUPERIOR COURT OF SANTA CRUZ COUNTY, Respondent.

COST BILL—EXTENSION OF TIME—CONSTRUCTION OF CODE—POWER OF JUDGE.—The service and filing of a cost bill is fully within a proper construction of section 1054 of the Code of Civil Procedure, authorizing extensions of time of "a notice other than of appeal," and the trial judge has power to grant an extension of time therefor.

PETITION for *certiorari* to the Superior Court of Santa Cruz County. Lucas F. Smith, Judge.

The facts are stated in the opinion of the court.

H. C. Wyckoff, for Petitioner.

THE COURT.—Petition for *certiorari,* presenting the following case: Petitioner was plaintiff in an action appealed from justice's court to superior court. Upon a trial *de novo* there was a verdict for defendant. More than five days after the verdict, but within an extension of time granted by the trial judge, the defendant filed his cost-bill, the amount of which was included in his judgment. Petitioner claims that the judgment is to that extent void, because the trial judge

had no power to extend the time for filing the cost-bill, and that, being too late, costs were waived.

We think, however, that the service and filing of a cost-bill is fairly within a proper construction of section 1054 of the Code of Civil Procedure authorizing extensions of time. It is substantially "a notice other than of appeal."

Writ denied.